UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-81432-DMM

ELIZABETH SOHN, as Parent and
Guardian of A.S., a minor, and in
her own right,

                Plaintiff,

v.

FOREST TRAIL ACADEMY, *et al.*,

                Defendants.

_____

## REPORT AND RECOMMENDATION ON UNOPPOSED MOTION FOR APPROVAL OF MINOR SETTLEMENT

THIS CAUSE is before me on the Motion of Plaintiff, Elizabeth Sohn as Parent and Guardian of A.S., for Approval of Minor Settlement. ECF No. 76. This matter was referred to me by U.S. District Judge Donald M. Middlebrooks pursuant to 28 U.S.C. § 636 and the Magistrate Rules of this Court for the purposes of reviewing and approving the settlement and for matters related to the enforcement of the settlement agreement. ECF No. 73.

On November 20, 2025, the Court granted Plaintiff's Unopposed Motion to Appoint Guardian Ad Litem, and appointed Michael A. Hersh, Esq., for the purpose of protecting the minor's interest with respect to the settlement of the minor's claim. *Id.* On March 9, 2026, Plaintiff filed the instant Motion. ECF No. 76. I set a hearing on the Motion and directed Plaintiff to submit the documents referenced in the Motion, including the settlement agreement, proposed release, structured settlement

documents, and the proposed distribution schedule for *in camera* review. ECF No. 77. Plaintiff submitted the documents, and a hearing was held on March 26, 2026. ECF No. 78.

I reviewed the Motion, Mr. Hersh's Guardian Ad Litem Report and Recommendations Regarding Approval and Distribution of Minors' Settlement (ECF No. 76-1), the executed Release, Qualified Assignment and Release Agreement, Structured Settlement Option, and Final Closing Statement, along with the record in this case. At the hearing, I heard from counsel, A.S., Mr. Hersh, and Mr. Sean Pendray, who is affiliated with Pendray Financial Associates and involved with the structured settlement. Mr. Hersh explained that he interviewed multiple individuals including the minor and his mother; reviewed the full file provided by Plaintiff's counsel including the court documents, relevant records, the proposed closing statement, attorneys' fees and costs, and the proposed structure for distribution of the settlement proceeds. Mr. Hersh confirmed that all parties approve of the proposed settlement and manner in which the settlement funds shall be distributed to the minor, and that he believes the Settlement is in the best interest of the minor and the structured settlement will protect the minor's interests.

Based on the evidence and record statements provided in this case, I find that the Settlement is fair, reasonable, and in the best interest of A.S. In addition, I find that the proposed attorneys' fees and costs are reasonable and appropriate under the circumstances. Accordingly, it is **RECOMMENDED** that

1. The Unopposed Motion for Approval of Minor Settlement, ECF No. 76, be **GRANTED**.

2. The disbursement of the settlement funds in accordance with the terms outlined in the Motion and Closing Statement, including that payment to A.S. shall be structured through the funding of an annuity from Independent Life Insurance Company, be **APPROVED**.

3. The amount of attorneys' fees and costs incurred in the prosecution of this claim as set forth in the Closing Statement be **APPROVED**.

4. Because the minor was present at the approval hearing and was identified by their full name, the transcript of that hearing should be **SEALED** pending further order of the Court.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Donald M. Middlebrooks, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 30th day of March 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE