UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81432-MIDDLEBROOKS

ELIZABETH SOHN, as Parent
and Guardian of A.S., a minor,
and in her own right,

     Plaintiff,

vs.

FOREST TRAIL ACADEMY, LLC
et al.,

     Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Plaintiff's Motion for Approval of Minor Settlement (DE 76). The Motion was referred to Magistrate Judge Bruce E. Reinhart. (DE 73). On February 13, 2026, Judge Reinhart entered a Report and Recommendation ("Report") (DE 79), recommending that Plaintiff's Motion for Approval of Minor Settlement be granted. No objections to the Report were filed.

I have reviewed the Report and the relevant caselaw. I find that Judge Reinhart's findings are well-reasoned and supported by the record. Accordingly, it is **ORDERED** that:

1) Judge Reinhart's Report (DE 79) is **ADOPTED**.

2) Plaintiff's Motion for Approval of Minor Settlement (DE 76) is **GRANTED.**

3) The disbursement of the settlement funds in accordance with the terms outlined in the Motion and Closing Statement, including that payment to A.S. shall be structured through the funding of an annuity from Independent Life Insurance Company, is **APPROVED.**

4) The amount of attorneys' fees and costs incurred in the prosecution of this claim as set forth in the Closing Statement is **APPROVED.**

5) Because the minor was present at the approval hearing and was identified by their full name, the transcript of that hearing should be **SEALED** pending further order of the Court.

**SIGNED** in Chambers at West Palm Beach, Florida, this 16 day of April, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record